

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

| | |
|---|---|
| Precision Ammunition, Gary Phillips, and Matt Campbell, | * From the 29th District Court of Palo Pinto County, Trial Court No. C49785. |
| Vs. No. 11-21-00058-CV | * April 30, 2021 |
| Colorado Firearms Ammunition and Accessories, LLC. d/b/a Centennial Gun Club, LLC, | * Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.) |

This court has considered Precision Ammunition, Gary Phillips, and Matt Campbell's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Precision Ammunition, Gary Phillips, and Matt Campbell.